CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, argued for appellant. Also represented by JERRY CHEN.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for appellees. Also represented by MICHAEL J. MCKEON, Washington, DC.

(Lourie, Moore, and O'malley, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

MARTIN RICHARD LUECK, Robins Kaplan LLP, Minneapolis, MN, argued for plaintiff-appellant. Also represented by MATTHEW L. WOODS, ANDREW JOSEPH KABAT, SHIRA T. SHAPIRO; DANIELLE ROSENTHAL, New York, NY.

DAVID BENYACAR, Arnold & Porter Kaye Scholer LLP, New York, NY, argued for defendants-appellees. Also represented by DANIEL REISNER, DAVID SOOFIAN.

(Newman, Dyk, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## HAND HELD PRODUCTS, INC., Plaintiff-Appellant

v.

AMAZON.COM, INC., AMZN Mobile LLC, AmazonFresh LLC, A9.Com, Inc., A9 Innovations LLC, Quidsi, Inc., Defendants-Appellees

2016-1906

United States Court of Appeals, Federal Circuit.

June 19, 2017

## Richard A. POPE, Petitioner

v.

## DEPARTMENT OF the NAVY, Respondent

2016-2106

United States Court of Appeals, Federal Circuit.

June 19, 2017